IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO BARBOZA, JR.,

       Petitioner,                  No. CIV S-10-1769 FCD EFB P

    vs.

R. HILL,

       Respondent.              ORDER

_____/

     Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On November 30, 2010, petitioner requested an extension of time to file and serve a traverse. *See* Fed. R. Civ. P. 6(b).

     Good cause appearing, it is ORDERED that petitioner's November 30, 2010 request for extension of time is granted and petitioner has 30 days from the date this order is served to file and serve a traverse.

DATED: December 6, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE